**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-2184**

JOHN KELLY IHEJUROBI,

Debtor - Appellant,

v.

ROBERT S. THOMAS, II,

Trustee - Appellee,

and

WELLS FARGO BANK, N. A.,

Creditor - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Stephanie A. Gallagher, District Judge. (1:19-cv-01391-SAG)

Submitted: September 15, 2020                    Decided: December 23, 2020

Before KING, DIAZ, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kos N. Johns, Rockville, Maryland, for Appellant. Virginia Wood Barnhart, Sarah E. Meyer, WOMBLE BOND DICKINSON (US) LLP, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Kelly Ihejurobi appeals from the district court's order affirming the bankruptcy court's order overruling his objection and allowing Wells Fargo's proof of claim in his bankruptcy case. We have reviewed the record submitted on appeal and the arguments of the parties and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Ihejurobi v. Thomas*, No. 1:19-cv-01391-SAG (D. Md. Oct. 11, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*